In re:                                                      Case No. 16-00820-MDF
Stanley M. Fidler                                           Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Jul 25, 2016
                           Form ID: ntasset        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2016.
db             +Stanley M. Fidler,    1794 Grace Avenue,    Lebanon, PA 17046-1507
4757575         Advance Auto Parts,   P.O. Box 742063,    Atlanta, GA 30374-2063
4757576        +Alldata,   9650 West Taron Drive,    Suite 100,   Elk Grove, CA 95757-8197
4757577        +America's AA Harrisburg,    1100 South York Street,    Mechanicsburg, PA 17055-4741
4757578        ##+Capital Credit Corporation,    P.O. Box 1121,    1100 South York Street,
                 Mechanicsburg, PA 17055-4741
4757579         Comcast,   P.O. Box 3002,    Southeastern, PA 19398-3002
4757580        +Michell Werner,    113 West Reistville Road,    Myerstown, PA 17067-3048
4757582         Nation Star Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
4775688        +NextGear Capital , Inc.,    ATTN : Kathryn Benfield,    1320 City Center Drive , Suite 100,
                 Carmel , IN 46032-3816
4757583        ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                 (address filed with court: SnapOn,   950 Technology Way,    Suite 301,   Libertyville, IL 60048)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4757581         E-mail/Text: mitchell1.snapon.finance@mitchell1.com Jul 25 2016 18:53:59      Mitchell1,
                 25029 Network Place,    Chicago, IL 60673-1250
4763201         EDI: RECOVERYCORP.COM Jul 25 2016 18:53:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4757584         EDI: NEXTEL.COM Jul 25 2016 18:53:00      Sprint,   P.O. Box 4181,   Carol Stream, IL 60197-4181
4757585         EDI: WFFC.COM Jul 25 2016 18:53:00      Wells Fargo Business Line,   P.O. Box 6426,
                 Carol Stream, IL 60197-6426
                                                                                        TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2016 at the address(es) listed below:
            Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Lawrence G. Frank   on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com
            Lawrence G. Frank   (Trustee)    lawrencegfrank@gmail.com,   PA39@ecfcbis.com
            R Scot Feeman   on behalf of Debtor Stanley M. Fidler  rsfeeman@feemanlaw.com
            Recovery Management Systems Corporation    claims@recoverycorp.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Stanley M. Fidler<br>Debtor(s) | Chapter       7<br><br>Case No.    1:16−bk−00820−MDF |

Social Security No.:
    xxx−xx−0309

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:   **October 25, 2016**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: REshelman |
| Hours Open: Monday – Friday 9:00 AM − 4:00 PM | Date: July 25, 2016 |