```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00820-MDF
Stanley M. Fidler                                                   Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: REshelman           Page 1 of 1            Date Rcvd: Aug 22, 2016
                             Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db            +Stanley M. Fidler,   1794 Grace Avenue,   Lebanon, PA 17046-1507
              +Philip Grosh,   15 Hykes Mill Road,   York Haven, PA 17370-9062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              R Scot Feeman    on behalf of Debtor Stanley M. Fidler rsfeeman@feemanlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:16-bk-00820-MDF |
| STANLEY M. FIDLER, | : | |
| Debtor | : | Chapter 7 |
| | : | |

## ORDER

UPON CONSIDERATION of the foregoing Application to Employ Jennings and Grosh, Inc. as Appraisers of Personal Property for the bankruptcy estate, good reason appearing therefore, no objection appearing thereto, it is

HEREBY ORDERED AND DECREED that the trustee be and hereby is authorized to employ and engage Jennings and Grosh, Inc. as appraisers for the bankruptcy estate and to appraise any and all personal property requested by the Trustee for the sum of $350.00.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

By the Court,

*Mary D. France*
Bankruptcy Judge
(RE)

Dated: August 22, 2016