```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                   Case No. 16-00820-MDF
Stanley M. Fidler                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: REshelman              Page 1 of 1             Date Rcvd: Sep 09, 2016
                             Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db             +Stanley M. Fidler,    1794 Grace Avenue,    Lebanon, PA 17046-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              R Scot Feeman    on behalf of Debtor Stanley M. Fidler rsfeeman@feemanlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:16-bk-00820-MDF |
| STANLEY M. FIDLER, | : | |
| Debtor | : | Chapter 7 |

## ORDER

UPON CONSIDERATION of the foregoing Motion for Leave to Compromise Controversy, following Notice to Creditors and Other Parties in Interest, no responses having been filed thereto on or before the last day for filing same, no objections appearing thereto, good reason appearing therefore, it is

HEREBY ORDERED AND DECREED that the Motion for Leave to Compromise Controversy of the Trustee be and hereby is approved on the terms and conditions set forth in the Stipulation attached to the Trustee's Motion for Leave to Compromise Controversy as if fully set forth herein, and it is

FURTHER ORDERED AND DECREED that the Trustee be and hereby is permitted to execute any and all documents necessary to effectuate the above Compromise of Controversy on the terms and conditions set forth in the Stipulation attached thereto.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: September 9, 2016