IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:16-bk-00820-MDF |
| STANLEY M. FIDLER, | : | |
| Debtor | : | Chapter 7 |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 23${}^{rd}$ day of November, 2016, I electronically filed a copy of the *Application to Employ Auctioneer* with the Clerk of the U.S. Bankruptcy Court by using the CM/ECF system which sent notification of such filing to the following filing user at the email address below:

U.S. Trustee: ustpregion03.ha.ecf@usdoj.gov

                                           LAW OFFICE OF LAWRENCE G. FRANK

                                           By: /s/ Lawrence G. Frank, Esquire

                                           Lawrence G. Frank, Esquire
                                           Attorney ID No: 15619
                                           100 Aspen Drive
                                           Dillsburg PA  17019
                                           PH: (717) 234-7455
                                           Fax: (717) 432-9065
                                           lawrencegfrank@gmail.com

                                           Trustee in Bankruptcy