```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-00820-MDF
Stanley M. Fidler                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1              Date Rcvd: Dec 02, 2016
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
db             +Stanley M. Fidler,   1794 Grace Avenue,   Lebanon, PA 17046-1507
               +Jennings Auction Group,   15 Hykes Mill Road,   York Haven, PA 17370-9062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              R Scot Feeman    on behalf of Debtor Stanley M. Fidler rsfeeman@feemanlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:16-bk-00820-MDF |
| STANLEY M. FIDLER, | : | |
| Debtor | : | Chapter 7 |

## ORDER

UPON CONSIDERATION of the foregoing application to allow the Trustee in Bankruptcy to employ Jennings Auction Group to sell personal property at 10231 Raccoon Valley Road, Ickesburg, PA, good reason appearing therefore, no objection appearing thereto, it is

HEREBY ORDERED AND DECREED that the trustee be and hereby is permitted to employ Jennings Auction Group as auctioneers to conduct the absolute public sale of personal property at 10231 Raccoon Valley Road, Ickesburg, PA 17037 on December 8, 2016 at 8:30 A.M. at the above location at a commission of 10% of the gross sales proceeds plus costs of advertising and costs to transport the personal property from its present location to the auction site.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

By the Court,

*Mary D. France*
Bankruptcy Judge
(RE)

Dated: December 2, 2016