```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                       Case No. 16-00820-MDF
Stanley M. Fidler                                            Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1      User: REshelman          Page 1 of 1          Date Rcvd: Dec 08, 2016
                          Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db             +Stanley M. Fidler,   1794 Grace Avenue,   Lebanon, PA 17046-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              R Scot Feeman    on behalf of Debtor Stanley M. Fidler rsfeeman@feemanlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> STANLEY M. FIDLER, <br>                 Debtor | CASE NO. 1:16-bk-00820-MDF <br><br> CHAPTER 7 |

**ORDER GRANTING TRUSTEE'S MOTION FOR SALE OF PERSONAL PROPERTY AT ABSOLUTE PUBLIC AUCTION PURSUANT TO 11 U.S.C. §363(b) OF THE BANKRUPTCY CODE**

Upon consideration of the Trustee's *Motion for Sale of Personal Property at Absolute Public Auction Pursuant to 11 U.S.C. §363(b) of the Bankruptcy Code,* and upon the record in this case, and the relief requested being in the best interest of the estate and its creditors, following notice to creditors and other parties in interest, good reason appearing therefore, no objection appearing thereto, and it appearing that no further notice should be given, it is

HEREBY ORDERED AND DECREED:

1. The trustee's motion is granted;

2. The trustee is authorized to sell at absolute public auction personal property of the bankruptcy estate consisting of an International 4300 DT 466 Rollback truck, a Ford F350 tow truck, a Snap-On diagnostic scan unit, an Oxy/Acytelene set with torch, et al., a Blackjack automatic work station with cabinet, a Prolift 2000 lb. floor jack, assorted hand tools, sockets, ratchets, et al., power tools and pneumatic impacts, and a Craftsman 6-inch bench grinder at 10231 Raccoon Valley Road, Ickesburg, PA 17037 pursuant to §363(b) of the Bankruptcy Code on December 8, 2016 beginning at 8:30 A.M.

3. The trustee is authorized to take all necessary actions to consummate the sale and to execute all documents and instruments that the Trustee in Bankruptcy deems necessary and appropriate to implement and effectuate this Order.

IT IS FURTHER ORDERED AND DECREED that the Trustee in Bankruptcy be and hereby is permitted to make the following distribution from proceeds generated at settlement following sale of the personal property as follows:

    A.    Auctioneer's commission to Jennings Auction Group of 10% of the gross sale proceeds plus actual and necessary costs of advertising;

    B.    Cost to move the personal property from its present location to the sale site;

    C.    Any notarization and incidental recording fees associated with sale of the personal property;

    D.    Balance after payment of the above to be deposited in the estate's checking account pending further Order of this Court.

IT IS FURTHER ORDERED AND DECREED that a certified copy of this Order may be filed in any recording office desired by the purchasers or the Trustee in Bankruptcy.

Dated: December 7, 2016

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)