UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

REPORT OF PUBLIC SALE
(For Chapter 7, 11 and 13 Cases)

CASE CAPTION: Stanley M. Fidler              CASE NO. 1:16-bk-00820-MDF
                                              CHAPTER: 7

1. DATE OF SALE: 12/08/2016          TRUSTEE'S ATTORNEY: Lawrence G. Frank, Esq.
2. AUCTIONEER: Jennings Auction Group    ATTORNEY FOR CREDITORS' COMMITTEE: None
3. BRIEF DESCRIPTION OF ASSETS: Two vehicles and auto repair equipment

4. ATTENDANCE AT SALE: 40    NUMBER OF LOTS: N/A    INTENSITY OF BIDDING: Good
5. SECURITY OF ASSETS DURING SALE: Auctioneer's employees
6. TYPE OF BIDDERS: Local businesses and individuals
7. BULK BID $ N/A              BY:
8. LOT BIDS $ N/A              NUMBER:
9. APPRAISER: Jennings & Grosh, Inc.        FEE $ 350.00
10. AUCTIONEER'S FEE $ 1,595.50    ADVERTISING COSTS $ 100.00
11. OTHER COSTS $ 1,694.40    EXPLAIN: Truck transport & repair, labor to move personal property to auction site, mileage, vehicle batteries and fuel

12. HOW WAS SALE ADVERTISED? Local newspapers

13. NET AMOUNT REALIZED $ 12,565.08.

Lawrence G. Frank, Trustee in Bankruptcy
Reporting Party
(Type or Print)                              Signature

Date: January 12, 2017

(File original with Clerk's office within five (5) days of sale, even if objection is filed. Attach notice(s) of sale produced by auctioneer and auctioneer sheets to copy and forward to U. S. Trustee.)

UST-PA-MD-7
(Apr. 1988)

# Auction Summary Sheet – Stan Fiddler

Seller: **Lawrence G. Frank, Trustee**     City, State: **Ickesburg, PA**

Date of Auction: **Dec. 8, 2016**     Auction Company: **Jennings Auction Group**

| | | |
|---|---|---|
| **Gross Sale:** | **$ 15,955.00** | |
| Sales Tax Paid: | Not Taxable | |
| Less the following expenses: | | |
| Commission: | 10% | $ 1,595.50 |
| Truck Transport and Repair: | | $ 400.00 |
| Labor: 33.5 hrs @ $25.00 | | $ 837.50 |
| Mileage: 336 @ .54 | | $ 181.44 |
| Vehicle Batteries / Fuel: | | $ 375.48 |
| **Total Expenses & Commission:** | | **$ 3,389.92** |
| **Net Proceeds:** | | **$ 12,565.08** |

Fiddler Expenses

| Advertising Type | Size | Date | Cost |
|---|---|---|---|
| Truck Batteries | | | $ 300.48 |
| Christopher Stamm - Truck Pick-Up, Transport & Repair | | | $ 400.00 |
| Mileage - 336 @ .54 | | | $ 181.44 |
| Auction Labor - Pick-Up, Set-Up, Auction Day and Removal - 33.5 @ $25.00 | | | $ 837.50 |
| Fuel | | | $ 75.00 |
| | | | |
| TOTAL | | | $ 1,794.42 |

Sales Receipt

Fidler

Batteries Plus Bulbs #189

984 Loucks Rd
York, PA 17404
7177183547

*** Duplicate ***
Batteries Plus Bulbs # 189
984 Loucks Rd
York, PA 17404
Phone: 7177183547
Fax: 7177183549

Page: 1
Invoice #: 189-322341
Ticket date: 11/30/16
Station: 189-01

Ticket:#189-322341    Usr: ASHLEY
Date:11/30/2016 4:14:42 P Sta: 189-01
Original order:

| Item Description | Qty | Price Line type | Total |
|---|---|---|---|
| SLI31SA 12V 31 18 1131MF, 1131MF, HP-31D | 2 | 99.99 SaleLine | 199.98 |
| LI64 12V 64 FLOODED 24 664MF, 64-60 | 1 | 114.99 SaleLine | 114.99 |
| Item Subtotal | | | 314.97 |

Ship to:

Ship-via code: 189
Terms:

Cust PO #:
Tax exempt #:

| Description Long description | Price | Selling unit | Extended |
|---|---|---|---|
| 12V 31 18 1131MF, 1131MF, HP-31D | $99.99 | EACH | 199.98 |
| 12V 64 FLOODED 24 664MF, 64-60 | $114.99 | EACH | 114.99 |

Sten Fidler

| | | |
|---|---|---|
| | | -31.50 |
| User: ASHLEY  Total line items: 2 | Sale subtotal: | 283.47 |
| | Tax: | 17.01 |
| | Total: | 300.48 |

Tender:
MasterCard # XXXX4102                       300.48

Customer Signature

Net tender: 300.48

GET THE BATTERY, LIGHT BULB
AND HELPFUL ADVICE YOU NEED.
ASK ABOUT OUR BATTERY REBUILD SERVICES
FOR CORDLESS TOOLS AND MORE
VISIT US AT BATTERIESPLUSBULBS.COM

We want you to be completely satisfied with your Batteries Plus Bulbs purchase. In the event you wish to make use of our return or warranty policy, the following information reflects the policies of our product manufacturers and will help facilitate your return or warranty. Specific terms and conditions of warranty policy will vary by product type. Modifications of these policies, if applicable, will be posted in the store. For additional information please dial 1-800-677-8278 for the store nearest you.

Return Policy
- Product returns require a proof of purchase or original receipt
- Cash or credit refunds will be given with a proof of purchase receipt up to fourteen (14) days from the date of purchase and apply to merchandise we determine to be unused and in a saleable condition
- A check for refunds of cash purchases of more than $20.00 may be mailed to the customer's home address
- Refunds for purchases made by check require a ten (10) day waiting period.
- Refunds for purchases made by credit card will be credited back to the credit card used to make the

Warranty Policy
- Warranties require a proof of purchase or original receipt.
- Product warranty applies to the original purchaser. Warranties are non-transferable.
- It is Batteries Plus' policy to honor warranty claims within the warranty periods, however,
   - Warranty claims will not be accepted on products that are defective due to owner abuse or neglect.
   - Warranty claims will not be accepted on products that are defective due to use in applications for which products are not intended
- A warranty claim may require product analysis by Batteries Plus Bulbs personnel prior to issuance of credit/replacement. This process may take up to twenty-four (24) hours

```
Welcome To Loves#366
   22 Old Forge Road
     Jonestown PA

12/03/16   14:01

Pump   Gallons   Price
 14    26.511  $ 2.829

Product          Amount
Auto Diesel     $ 75.00

TOTAL SALE     $ 75.00

############5680
Card:  MC
 proval:       398271

Ticket:         35491


TOTAL SALE  $ 75.00

Thank You !!!
```

JOB NAME   STAN FIDDLER AUCTION, PICK-UP AND SET-UP HOURS

| DATE | NAME | TIME IN | TIME OUT | TOTAL |
|---|---|---|---|---|
| 27-Nov | David Crist | | | 4 |
| 27-Nov | Phil Grosh | | | 4 |
| 27-Nov | B.J. Jennings | | | 4 |
| 1-Dec | Phil Grosh | | | 1 |
| 1-Dec | David Crist | | | 1 |
| 2-Dec | Phil Grosh | | | 1.5 |
| 3-Dec | B.J. Jennings | | | 3 |
| 3-Dec | Phil Grosh | | | 3 |
| 6-Dec | Phil Grosh | | | 3 |
| 6-Dec | Paul Armstrong | | | 1 |
| 8-Dec | Liz Stamm | | | 2 |
| 8-Dec | Paul Armstrong | | | 2 |
| 8-Dec | Carol Good | | | 2 |
| 8-Dec | David Crist | | | 2 |

**TOTAL**          33.5

PAGE _____