# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 1:16-bk-00820-MDF |
| **Stanley M. Fidler,** | : | |
| Debtor | : | Chapter 7 |

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

A. Your applicant was appointed on April 25, 2016 based on an application filed on April 14, 2016.

B. Your applicant is the attorney for the Trustee.

C. This application is a final application.

D. The total amount of compensation for which reimbursement is sought is $1,716.00 and is the balance for the period from April 20, 2016 through July 30, 2016.

E. The total amount of expenses for which reimbursement is sought is $0.00.

F. The undersigned has received no retainer.

G. No withdrawals from any retainer have been made.

H. No previous compensation has been ordered.

I. No previous compensation has been paid.

J. There have been no prior fee applications in this bankruptcy case.

                                                        RESPECTFULLY SUBMITTED BY:

                                                        /s/ Lawrence G. Frank, Esquire

                                                        Lawrence G. Frank, Esquire
                                                        Attorney ID No.: 15619
                                                        100 Aspen Drive
                                                        Dillsburg, PA 17019
                                                        PH: (717) 234-7455
                                                        Fax: (717) 432-9065
                                                        lawrencegfrank@gmail.com

                                                        Attorney for Trustee

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 1:16-bk-00820-MDF |
| **Stanley M. Fidler,** | : | |
| **Debtor** | : | **Chapter 7** |

## FINAL APPLICATION FOR COMPENSATION
## TO ATTORNEY FOR TRUSTEE FOR FEES AND EXPENSES

A. Your applicant was appointed on April 25, 2016 based on an application filed on April 14, 2016.

B. Your applicant represents the bankruptcy estate.

C. The total amount of unpaid compensation requested is $1,716.00 as the balance for the period from April 20, 2016 through July 30, 2016.

D. This compensation is final compensation.

E. Out of pocket expenses requested by the undersigned amount to $0.00.

F. No previous compensation has been paid.

G. The attorney has not received a retainer for the current final compensation request.

H. The identity of the persons performing services and the respective hourly rate is as follows:

| INITIALS | NAME | CAPACITY | RATE |
|---|---|---|---|
| LGF | Lawrence G. Frank | Attorney | $330.00/hour |
| JRF | Jill R. Frank | Paralegal | $90.00/hr. |

I. The undersigned is a disinterested person and does not represent or hold an interest adverse to the interest of the estate on the matter on which he was employed in compliance with 11 U.S.C. §327(a).

J. The debtor's financial condition at the time of the filing was that he had stopped doing business.

K. Significant events that have occurred post-petition include the trustee's objection to claim of exemptions and objection to amended claim of exemptions, the filing of a motion by the trustee to extend the time to object to discharge, an appraisal of the personal and real property of the debtor, the filing of a motion for leave to compromise controversy, and sale of non-exempt assets at a public auction on December 8, 2016.

WHEREFORE, NOW COMES Lawrence G. Frank, Esquire, and moves for approval of fees as more particularly described in the attached appendix and exhibit, which the undersigned has reviewed and certifies same as an accurate and complete account of services rendered and costs incurred in the above captioned matter for the period indicated.

RESPECTFULLY SUBMITTED BY:

/s/ Lawrence G. Frank, Esquire

Lawrence G. Frank, Esquire
Attorney ID No.: 15619
100 Aspen Drive
Dillsburg, PA 17019
PH: (717) 234-7455
Fax: (717) 432-9065
lawrencegfrank@gmail.com

Attorney for Trustee

STANLEY M. FIDLER
CHAPTER 7
CASE NO. 1:16-bk-00820-MDF

Exhibit "A"
CHRONOLOGICAL SUMMARY OF TIME AND SERVICES RENDERED ON BEHALF OF
BANKRUPTCY ESTATE FROM
APRIL 20, 2016 THROUGH JULY 30, 2016

ATTORNEY'S FEES:   4.3 hours at $330/hour - $1,419.00

PARALEGAL'S FEES:  3.3 hours at $90/hour - $297.00

TOTAL FEES:        $1,716.00

COSTS:             $0.00

**TOTAL:**         **$1,716.00**

| Date | Description | ATY | HRS |
|---|---|---|---|
| 04/20/16 | Dictate Motion to Extend Time for Objections to Discharge, Certificate of Concurrence, proposed Order | LGF | 1.0 |
| 04/21/16 | Prepare and file Motion to Extend Time for Objections to Discharge, Certificate of Concurrence, proposed Order | JRF | 0.6 |
| 05/11/16 | Dictate Objection to Amended Schedule C and proposed Order including review of creditors letter with additional assets | LGF | 1.0 |
| 05/14/16 | Prepare and file Trustee's Objection to Amended Schedule C and proposed Order | JRF | 0.5 |
| 07/22/16 | Dictate Stipulation re exempt property, Notice, and proposed Order | LGF | 1.5 |
| 07/26/16 | Attend hearing on my objection to Amended Schedule C including ½ travel time | LGF | 0.8 |
| 07/30/16 | Prepare Stipulation, Notice to Creditors and Other Parties in Interest, COS of Notice, proposed Order. Email Same to R. Scot Feeman, Esq. | JRF | 2.2 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 1:16-bk-00820-MDF |
| **Stanley M. Fidler,** | : | |
| **Debtor** | : | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2017, I electronically filed the foregoing Final Application for Compensation to Attorney for Trustee for Fees and Expenses for the period from April 20, 2016 through July 30, 2016, with the Clerk of the Bankruptcy Court by using the CM/ECF system which sent notification of such filing to the following filing user at the email address below:

U.S. Trustee: ustpreregion03.ha.ecf@usdoj.gov

        LAW OFFICE OF LAWRENCE G. FRANK

        /s/ Lawrence G. Frank, Esquire

        Lawrence G. Frank, Esquire
        Attorney ID No.: 15619
        100 Aspen Drive
        Dillsburg, PA 17019
        PH: (717) 234-7455
        Fax: (717) 432-9065
        lawrencegfrank@gmail.com

        Attorney for Trustee