UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: FIDLER, STANLEY M. § Case No. 1-16-00820
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 01, 2016. The undersigned trustee was appointed on March 01, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          15,955.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                          0.00
    Administrative expenses                                 3,407.89
    Bank service fees                                              29.31
    Other payments to creditors                            826.23
    Non-estate funds paid to 3rd Parties                0.00
    Exemptions paid to the debtor                           0.00
    Other payments to the debtor                            0.00

    Leaving a balance on hand of[1]      $          11,691.57

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/25/2016 and the deadline for filing governmental claims was 08/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,345.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,345.50, for a total compensation of $2,345.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $602.28, for total expenses of $602.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/07/2017      By: /s/LAWRENCE G. FRANK
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 1-16-00820 | | **Trustee:** | (580470) | LAWRENCE G. FRANK |
| **Case Name:** FIDLER, STANLEY M. | | **Filed (f) or Converted (c):** | 03/01/16 (f) | |
| | | **§341(a) Meeting Date:** | 04/01/16 | |
| **Period Ending:** 02/07/17 | | **Claims Bar Date:** | 10/25/16 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1794 Grace Avenue, Lebanon PA | 85,000.00 | 0.00 | | 0.00 | FA |
| 2 | VOID  Duplicate to Asset # 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Metro Bank | 1,600.00 | 475.00 | | 0.00 | FA |
| 5 | Household Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Marlin 30/30 | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Savage 30/60 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Marlin 32 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Shotgun (12g) | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Rifle (.22) | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Ruger SR09 | 400.00 | 0.00 | | 0.00 | FA |
| 13 | Pit Bull | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 Chevrolet Cobalt, 092474 miles. Entire prop | 2,800.00 | 0.00 | | 0.00 | FA |
| 15 | 1989 Ford Mustang, Exempt miles. Entire property | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1991 Ford Mustang, Exempt miles. Entire property | 850.00 | 0.00 | | 0.00 | FA |
| 17 | 1993 Ford Mustang, Exempt miles, Not working. En | 300.00 | 0.00 | | 0.00 | FA |
| 18 | 2002 International Rollback, 259269 miles. Entir | 6,500.00 | 0.00 | | 13,200.00 | FA |
| 19 | 1986 Ford Tow Truck, Exempt miles. Entire proper | 1,300.00 | 0.00 | | 750.00 | FA |
| 20 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 1984 SHOR Boat Trailer. Entire property value: $ | 450.00 | 0.00 | | 0.00 | FA |
| 22 | 1984 Tide Cor Unknown. Entire property value: $4 | 450.00 | 0.00 | | 0.00 | FA |
| 23 | 2010 Desktop Computer  (u) | 100.00 | 0.00 | | 0.00 | FA |
| 24 | Machanic's Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 25 | Reddy Heater (Kerosene)  (u) | 60.00 | 0.00 | | 0.00 | FA |
| 26 | Shop Vac Contractor  (u) | 30.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-16-00820  **Trustee:** (580470) LAWRENCE G. FRANK
**Case Name:** FIDLER, STANLEY M.  **Filed (f) or Converted (c):** 03/01/16 (f)
 **§341(a) Meeting Date:** 04/01/16
**Period Ending:** 02/07/17  **Claims Bar Date:** 10/25/16

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Blue-point Manual Battery Charger (u) | 40.00 | 0.00 | | 0.00 | FA |
| 28 | Ridgid Pressure Washer (u) | 80.00 | 0.00 | | 0.00 | FA |
| 29 | Transmission Jack (Blue) (u) | 80.00 | 0.00 | | 0.00 | FA |
| 30 | Just Rite Oil Waste Can (Red) (u) | 5.00 | 0.00 | | 0.00 | FA |
| 31 | Snap-On Diagnostics Machine (Verus) (u) (See Footnote) | 1,850.00 | 2,175.00 | | 0.00 | FA |
| 32 | Ammco two post car lift (u) | 1,150.00 | 0.00 | | 0.00 | FA |
| 33 | Porter Cable Jetstream Air Compressor (u) | 300.00 | 0.00 | | 0.00 | FA |
| 34 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Non-Exempt Personal Property per Compromise (See Footnote) | 2,755.00 | 2,755.00 | | 2,005.00 | FA |
| 35 | **Assets Totals** (Excluding unknown values) | **$112,450.00** | **$5,405.00** | | **$15,955.00** | **$0.00** |

RE PROP# 31  Trustee retains full value per compromise
RE PROP# 35  Non-Exempt Personal Property retained by Trustee per Compromise Settlement Exhibit A, Item 7(A)

**Major Activities Affecting Case Closing:**

 9/2016-Compromise of Controversy has been approved to sell non-exempt assets.

**Initial Projected Date Of Final Report (TFR):** February 15, 2017  **Current Projected Date Of Final Report (TFR):** February 7, 2017 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-16-00820  
**Case Name:** FIDLER, STANLEY M.

**Taxpayer ID #:** **-***9854  
**Period Ending:** 02/07/17

**Trustee:** LAWRENCE G. FRANK (580470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $100,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/16 | {18} | John O. Frymoyer & Son | Proceeds from sale (auction) of 2002 International Rollback | 1129-000 | 13,200.00 | | 13,200.00 |
| 12/13/16 | | Cashier's Check from PNC Bank N.A. | Proceeds from sale of personal property at auction | | 2,755.00 | | 15,955.00 |
| | {19} | | Proceeds from Public Sale of 1986 Ford Tow Truck         750.00 | 1129-000 | | | 15,955.00 |
| | {35} | | Proceeds from Public Sale of all other non-exempt property         2,005.00 | 1129-000 | | | 15,955.00 |
| 12/23/16 | 101 | Jennings Auction Group | Expenses and commission re sale 12/08/16 | | | 3,389.92 | 12,565.08 |
| | | | Auctioneer Commission         1,595.50 | 3610-000 | | | 12,565.08 |
| | | | Auctioneer Expenses         1,694.42 | 3620-000 | | | 12,565.08 |
| | | | Auction Advertising Costs         100.00 | 3620-000 | | | 12,565.08 |
| 12/26/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/26/2016 FOR CASE #1-16-00820, Bond # 016026361     Term: 01/01/2017 to 01/01/2018 | 2300-000 | | 17.97 | 12,547.11 |
| 12/29/16 | 103 | Snap-on Credit, LLC | Lien on Snap-on Diagnostics Unit | 4210-000 | | 826.23 | 11,720.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.95 | 11,709.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.36 | 11,691.57 |
| | | | **ACCOUNT TOTALS** | | 15,955.00 | 4,263.43 | **$11,691.57** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,955.00 | 4,263.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,955.00** | **$4,263.43** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7666** | 15,955.00 | 4,263.43 | 11,691.57 |
| | **$15,955.00** | **$4,263.43** | **$11,691.57** |

{} Asset reference(s)  
Printed: 02/07/2017 09:35 AM   V.13.29

# Court Claims Register

**Case: 1-16-00820     FIDLER, STANLEY M.**

Claims Bar Date:  10/25/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3-S-1 | NEXTGEAR CAPITAL, INC. <br> 1320 CITY CENTER DRIVE, SUITE 100 <br> CARMEL, IN 46032 <br> <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured <br> 10/24/16 | Allow Secured (UCC filed 1-23-14 #41500738) | $4,395.98 <br> $1,060.90 | $0.00 | $1,060.90 |
| SNAP-ON-1 | Snap-on Credit, LLC <br> 950 Technology Way <br> Suite 301 <br> Libertyville, IL 60048 <br> <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured <br> 03/01/16 | Lien on Snap-On Diagnostics Equipment sold per Order of Compromise Doc #53 | $826.23 <br> $826.23 | $826.23 | $0.00 |
| | LAWRENCE G. FRANK <br> 100 Aspen Drive <br> Dillsburg, PA 17019-9621 <br> <2100-00   Trustee Compensation>, 200 | Admin Ch. 7 <br> 03/01/16 | | $2,345.50 <br> $2,345.50 | $0.00 | $2,345.50 |
| | LAWRENCE G. FRANK <br> 100 Aspen Drive <br> Dillsburg, PA 17019-9621 <br> <2200-00   Trustee Expenses>, 200 | Admin Ch. 7 <br> 03/01/16 | | $602.28 <br> $602.28 | $0.00 | $602.28 |
| | Lawrence G. Frank <br> 100 Aspen Drive <br> Dillsburg, PA 17019 <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7 <br> 03/01/16 | | $1,716.00 <br> $1,716.00 | $0.00 | $1,716.00 |
| BOND-1 | INTERNATIONAL SURETIES, LTD <br> SUITE 420 <br> 701 POYDRAS STREET <br> NEW ORLEANS, LA 70139 <br> <2300-00   Bond Payments>, 200 | Admin Ch. 7 <br> 03/01/16 | | $17.97 <br> $17.97 | $17.97 | $0.00 |
| AUCEXP-1 | Jennings Auction Group <br> 15 Hykes Mill Road <br> York Haven, PA 17370 <br> <3620-00   Auctioneer for Trustee Expenses>, 200 | Admin Ch. 7 <br> 03/01/16 | Auctioneer Sale and Advertising Expenses | $1,794.42 <br> $1,794.42 | $1,794.42 | $0.00 |
| AUCFEE-1 | Jennings Auction Group <br> 15 Hykes Mill Road <br> York Haven, PA 17370 <br> <3610-00   Auctioneer for Trustee Fees (including buyers premiums)>, 200 | Admin Ch. 7 <br> 03/01/16 | Auctioneer Commission | $1,595.50 <br> $1,595.50 | $1,595.50 | $0.00 |

Case 1:16-bk-00820-RNO    Doc 68    Filed 03/10/17    Entered 03/10/17 19:14:44    Desc
Main Document      Page 6 of 10

# Court Claims Register

**Case: 1-16-00820**     **FIDLER, STANLEY M.**

Claims Bar Date:   10/25/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 -1 | MICHELL WARNER<br>KELSEY FRANKOWSKI, ESQUIRE<br>4 PARK PLAZA, SECOND FLOOR<br>WYOMISSING, PA 19610<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/04/16 | Allow Unsecured | $27,274.75<br>$27,274.75 | $0.00 | $27,274.75 |
| 2 -1 | WELLS FARGO BANK, N.A.<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438, MAC F8235-02F<br>DES MOINES, IA 50306-0438<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/19/16 | Allow Unsecured | $4,177.59<br>$4,177.59 | $0.00 | $4,177.59 |
| 3-U1 -1 | NEXTGEAR CAPITAL, INC.<br>1320 CITY CENTER DRIVE, SUITE 100<br><br>CARMEL, IN 46032<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/24/16 | Allow Secured (UCC filed 1-23-14 #41500738) | $0.00<br>$3,335.08 | $0.00 | $3,335.08 |

**Case Total:**     **$4,234.12**     **$40,512.10**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1-16-00820
Case Name: FIDLER, STANLEY M.
Trustee Name: LAWRENCE G. FRANK

**Balance on hand:** $ 11,691.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3-S-1 | NEXTGEAR CAPITAL, INC. | 4,395.98 | 1,060.90 | 0.00 | 1,060.90 |
| SNAP-ON-1 | Snap-on Credit, LLC | 826.23 | 826.23 | 826.23 | 0.00 |

Total to be paid to secured creditors: $ 1,060.90
Remaining balance: $ 10,630.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LAWRENCE G. FRANK | 2,345.50 | 0.00 | 2,345.50 |
| Trustee, Expenses - LAWRENCE G. FRANK | 602.28 | 0.00 | 602.28 |
| Attorney for Trustee, Fees - Lawrence G. Frank | 1,716.00 | 0.00 | 1,716.00 |
| Auctioneer Fees - Jennings Auction Group | 1,595.50 | 1,595.50 | 0.00 |
| Auctioneer Expenses - Jennings Auction Group | 1,794.42 | 1,794.42 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 17.97 | 17.97 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,663.78
Remaining balance: $ 5,966.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,966.89

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,966.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,787.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | MICHELL WARNER | 27,274.75 | 0.00 | 4,678.28 |
| 2 -1 | WELLS FARGO BANK, N.A. | 4,177.59 | 0.00 | 716.56 |
| 3-U1 -1 | NEXTGEAR CAPITAL, INC. | 3,335.08 | 0.00 | 572.05 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,966.89 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**