# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: FIDLER, STANLEY M. § Case No. 1:16-00820-MDF
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that LAWRENCE G. FRANK_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Federal Building
P.O. Box 908
Harrisburg, PA 17108-0908

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 23 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

03/11/2017       By:  /s/Lawrence G. Frank, Trustee in Bankruptcy

LAWRENCE G. FRANK
100 Aspen Drive
Dillsburg, PA 17019-9621
(717) 234-7455
lawrencegfrank@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: FIDLER, STANLEY M. § Case No. 1:16-00820-MDF
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,955.00 |
| *and approved disbursements of* | $ 4,263.43 |
| *leaving a balance on hand of* [1] | $ 11,691.57 |
| **Balance on hand:** | $ 11,691.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3-S-1 | NEXTGEAR CAPITAL, INC. | 4,395.98 | 1,060.90 | 0.00 | 1,060.90 |
| SNAP-ON-1 | Snap-on Credit, LLC | 826.23 | 826.23 | 826.23 | 0.00 |

Total to be paid to secured creditors: $ 1,060.90
Remaining balance: $ 10,630.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LAWRENCE G. FRANK | 2,345.50 | 0.00 | 2,345.50 |
| Trustee, Expenses - LAWRENCE G. FRANK | 602.28 | 0.00 | 602.28 |
| Attorney for Trustee, Fees - Lawrence G. Frank | 1,716.00 | 0.00 | 1,716.00 |
| Auctioneer Fees - Jennings Auction Group | 1,595.50 | 1,595.50 | 0.00 |
| Auctioneer Expenses - Jennings Auction Group | 1,794.42 | 1,794.42 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 17.97 | 17.97 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,663.78
Remaining balance: $ 5,966.89

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,966.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,966.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,787.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | MICHELL WARNER | 27,274.75 | 0.00 | 4,678.28 |
| 2 -1 | WELLS FARGO BANK, N.A. | 4,177.59 | 0.00 | 716.56 |
| 3-U1 -1 | NEXTGEAR CAPITAL, INC. | 3,335.08 | 0.00 | 572.05 |

Total to be paid for timely general unsecured claims: $ 5,966.89
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardy general unsecured claims:    $    0.00
    Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims:    $    0.00
    Remaining balance:    $    0.00

Prepared By: /s/LAWRENCE G. FRANK
                        LAWRENCE G. FRANK

LAWRENCE G. FRANK
100 Aspen Drive
Dillsburg, PA 17019-9621
(717) 234-7455
lawrencegfrank@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
FIDLER, STANLEY M., :
        Debtor : Case No. 1:16-bk-00820-RNO
 :

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2017, I served the foregoing *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* on the parties below by depositing a copy of same in the United States mail, First Class, postage prepaid at Rossville, Pennsylvania.

See attached mailing matrix

        LAW OFFICE OF LAWRENCE G. FRANK

        /s/ Lawrence G. Frank, Esquire

        Lawrence G. Frank, Esquire
        Attorney ID No.: 15619
        100 Aspen Drive
        Dillsburg, PA 17019
        PH: (717) 234-7455
        Fax: (717) 432-9065
        lawrencegfrank@gmail.com

        Trustee in Bankruptcy

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:16-bk-00820-RNO<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Mar 10 21:02:00 EST 2017 | Advance Auto Parts<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 | Alldata<br>9650 West Taron Drive<br>Suite 100<br>Elk Grove, CA 95757-8197 |
| America's AA Harrisburg<br>1100 South York Street<br>Mechanicsburg, PA 17055-4741 | Capital Credit Corporation<br>P.O. Box 1121<br>1100 South York Street<br>Mechanicsburg, PA 17055-4741 | Comcast<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 |
| R Scot Feeman<br>Feeman Law Offices<br>815 Cumberland Street<br>Suite 200<br>Lebanon, PA 17042-5266 | Stanley M. Fidler<br>1794 Grace Avenue<br>Lebanon, PA 17046-1507 | Lawrence G. Frank<br>100 Aspen Drive<br>Dillsburg, PA 17019-9621 |
| Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019-9621 | Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Michell Warner<br>Kelsey Frankowski, Esquire<br>4 Park Plaza, Second Floor<br>Wyomissing, PA 19610-1398 |
| Michell Werner<br>113 West Reistville Road<br>Myerstown, PA 17067-3048 | Mitchell1<br>25029 Network Place<br>Chicago, IL 60673-1250 | Nation Star Mortgage<br>P.O. Box 650783<br>Dallas, TX 75265-0783 |
| NextGear Capital , Inc.<br>ATTN : Kathryn Benfield<br>1320 City Center Drive , Suite 100<br>Carmel , IN 46032-3816 | NextGear Capital, Inc.<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032-3816 | Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)SNAP ON CREDIT LLC<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Business Line<br>P.O. Box 6426<br>Carol Stream, IL 60197-6426 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SnapOn  
950 Technology Way  
Suite 301  
Libertyville, IL 60048

Sprint  
P.O. Box 4181  
Carol Stream, IL 60197-4181

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

End of Label Matrix  
Mailable recipients   24  
Bypassed recipients    1  
Total                   25