```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 16-00820-RNO
Stanley M. Fidler                                              Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-1       User: REshelman         Page 1 of 1        Date Rcvd: Apr 11, 2017
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             +Stanley M. Fidler,    1794 Grace Avenue,    Lebanon, PA 17046-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com,
               trusteefrank@gmail.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              R Scot Feeman    on behalf of Debtor Stanley M. Fidler rsfeeman@feemanlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Stanley M. Fidler** | Chapter | **7** |
| Debtor(s) | Case Number: | **1:16-bk-00820 RNO** |

## ORDER APPROVING COMPENSATION AND DIRECTING PAYMENT OF COURT COSTS

The Trustee having filed the Final Report and Account and Application for Fees in this matter, and there being no outstanding objections thereto,

### IT IS ORDERED

FIRST: That the Trustee pay the following expenses of administration:

Clerk, U.S. Bankruptcy Court, the following charges:

| | TOTAL |
|---|---|
| **COURT COSTS** | $ |
| | $ 0.00 |

SECOND: That **Lawrence G. Frank,** Trustee, hereby is allowed the sum of **$ 2345.50** as compensation for his services to the estate and the sum of **$ 602.28** as reimbursement of expenses incurred therewith.

THIRD: That **Lawrence G. Frank**, Attorney for Trustee, having shown cause therefore, be and hereby is allowed the sum of **$ 1716.00** as compensation for their services to the Trustee.

Any interim compensation and expenses previously approved by the court are hereby made final by this order.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge* (BI)

Dated: April 11, 2017

MDPA-Order Approv Comp and Court Costs 7 Asset.WPT REV 08/13