# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: FIDLER, STANLEY M. § Case No. 1-16-00820
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

LAWRENCE G. FRANK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $101,895.00 *(without deducting any secured claims)* | Assets Exempt: $32,246.17 |
| Total Distribution to Claimants: $7,854.02 | Claims Discharged Without Payment: $34,864.60 |
| Total Expenses of Administration: $8,100.98 | |

3) Total gross receipts of $ 15,955.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,955.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $95,514.43 | $5,222.21 | $1,887.13 | $1,887.13 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,100.98 | 8,100.98 | 8,100.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,671.45 | 31,452.34 | 34,787.42 | 5,966.89 |
| **TOTAL DISBURSEMENTS** | $121,185.88 | $44,775.53 | $44,775.53 | $15,955.00 |

4) This case was originally filed under Chapter 7 on March 01, 2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2017     By: /s/LAWRENCE G. FRANK
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 International Rollback, 259269 miles. Entir | 1129-000 | 13,200.00 |
| 1986 Ford Tow Truck, Exempt miles. Entire proper | 1129-000 | 750.00 |
| Non-Exempt Personal Property per Compromise | 1129-000 | 2,005.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,955.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-S-1 | NEXTGEAR CAPITAL, INC. | 4210-000 | N/A | 4,395.98 | 1,060.90 | 1,060.90 |
| SNAP-ON-1 | Snap-on Credit, LLC | 4210-000 | N/A | 826.23 | 826.23 | 826.23 |
| NOTFILED-1 | Nationstar | 4110-000 | 76,973.83 | N/A | N/A | 0.00 |
| NOTFILED-1 | Michell Werner | 4110-000 | 18,540.60 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$95,514.43** | **$5,222.21** | **$1,887.13** | **$1,887.13** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - LAWRENCE G. FRANK | 2100-000 | N/A | 2,345.50 | 2,345.50 | 2,345.50 |
| Trustee Expenses - LAWRENCE G. FRANK | 2200-000 | N/A | 602.28 | 602.28 | 602.28 |
| Attorney for Trustee Fees (Trustee Firm) - Lawrence G. Frank | 3110-000 | N/A | 1,716.00 | 1,716.00 | 1,716.00 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 17.97 | 17.97 | 17.97 |
| Auctioneer for Trustee Expenses - Jennings Auction Group | 3620-000 | N/A | 1,794.42 | 1,794.42 | 1,794.42 |
| Auctioneer for Trustee Fees (including buyers premiums) - Jennings Auction Group | 3610-000 | N/A | 1,595.50 | 1,595.50 | 1,595.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.95 | 10.95 | 10.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.36 | 18.36 | 18.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,100.98 | $8,100.98 | $8,100.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | MICHELL WERNER | 7100-000 | N/A | 27,274.75 | 27,274.75 | 4,678.28 |
| 2 -1 | WELLS FARGO BANK, N.A. | 7100-000 | 15,367.00 | 4,177.59 | 4,177.59 | 716.56 |
| 3-U1 -1 | NEXTGEAR CAPITAL, INC. | 7100-000 | 4,260.38 | N/A | 3,335.08 | 572.05 |
| NOTFILED-1 | Mitchell1 | 7100-000 | 537.42 | N/A | N/A | 0.00 |
| NOTFILED-1 | Comcast | 7100-000 | 478.76 | N/A | N/A | 0.00 |
| NOTFILED-1 | Sprint | 7100-000 | 917.06 | N/A | N/A | 0.00 |
| NOTFILED-1 | SnapOn | 7100-000 | 406.80 | N/A | N/A | 0.00 |
| NOTFILED-1 | Capital Credit Corportation | 7100-000 | 2,640.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Advance Auto Parts | 7100-000 | 435.64 | N/A | N/A | 0.00 |
| NOTFILED-1 | America's AA Harrisburg | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Alldate | 7100-000 | 553.39 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,671.45 | $31,452.34 | $34,787.42 | $5,966.89 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-16-00820  **Trustee:** (580470) LAWRENCE G. FRANK
**Case Name:** FIDLER, STANLEY M.  **Filed (f) or Converted (c):** 03/01/16 (f)
 **§341(a) Meeting Date:** 04/01/16
**Period Ending:** 05/10/17  **Claims Bar Date:** 10/25/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1794 Grace Avenue, Lebanon PA | 85,000.00 | 0.00 | | 0.00 | FA |
| 2 | VOID<br>    Duplicate to Asset # 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Metro Bank | 1,600.00 | 475.00 | | 0.00 | FA |
| 5 | Household Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Marlin 30/30 | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Savage 30/60 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Marlin 32 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Shotgun (12g) | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Rifle (.22) | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Ruger SR09 | 400.00 | 0.00 | | 0.00 | FA |
| 13 | Pit Bull | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 Chevrolet Cobalt, 092474 miles. Entire prop | 2,800.00 | 0.00 | | 0.00 | FA |
| 15 | 1989 Ford Mustang, Exempt miles. Entire property | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1991 Ford Mustang, Exempt miles. Entire property | 850.00 | 0.00 | | 0.00 | FA |
| 17 | 1993 Ford Mustang, Exempt miles, Not working. En | 300.00 | 0.00 | | 0.00 | FA |
| 18 | 2002 International Rollback, 259269 miles. Entir | 6,500.00 | 0.00 | | 13,200.00 | FA |
| 19 | 1986 Ford Tow Truck, Exempt miles. Entire proper | 1,300.00 | 0.00 | | 750.00 | FA |
| 20 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 1984 SHOR Boat Trailer. Entire property value: $ | 450.00 | 0.00 | | 0.00 | FA |
| 22 | 1984 Tide Cor Unknown. Entire property value: $4 | 450.00 | 0.00 | | 0.00 | FA |
| 23 | 2010 Desktop Computer  (u) | 100.00 | 0.00 | | 0.00 | FA |
| 24 | Machanic's Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 25 | Reddy Heater (Kerosene)  (u) | 60.00 | 0.00 | | 0.00 | FA |
| 26 | Shop Vac Contractor  (u) | 30.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-16-00820  **Trustee:** (580470) LAWRENCE G. FRANK
**Case Name:** FIDLER, STANLEY M.  **Filed (f) or Converted (c):** 03/01/16 (f)
**§341(a) Meeting Date:** 04/01/16
**Period Ending:** 05/10/17  **Claims Bar Date:** 10/25/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Blue-point Manual Battery Charger (u) | 40.00 | 0.00 | | 0.00 | FA |
| 28 | Ridgid Pressure Washer (u) | 80.00 | 0.00 | | 0.00 | FA |
| 29 | Transmission Jack (Blue) (u) | 80.00 | 0.00 | | 0.00 | FA |
| 30 | Just Rite Oil Waste Can (Red) (u) | 5.00 | 0.00 | | 0.00 | FA |
| 31 | Snap-On Diagnostics Machine (Verus) (u) (See Footnote) | 1,850.00 | 2,175.00 | | 0.00 | FA |
| 32 | Ammco two post car lift (u) | 1,150.00 | 0.00 | | 0.00 | FA |
| 33 | Porter Cable Jetstream Air Compressor (u) | 300.00 | 0.00 | | 0.00 | FA |
| 34 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Non-Exempt Personal Property per Compromise (See Footnote) | 2,755.00 | 2,755.00 | | 2,005.00 | FA |
| 35 | **Assets Totals** (Excluding unknown values) | **$112,450.00** | **$5,405.00** | | **$15,955.00** | **$0.00** |

RE PROP# 31  Trustee retains full value per compromise
RE PROP# 35  Non-Exempt Personal Property retained by Trustee per Compromise Settlement Exhibit A, Item 7(A)

**Major Activities Affecting Case Closing:**

9/2016-Compromise of Controversy has been approved to sell non-exempt assets.

**Initial Projected Date Of Final Report (TFR):** February 15, 2017   **Current Projected Date Of Final Report (TFR):** February 7, 2017 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-16-00820  
**Case Name:** FIDLER, STANLEY M.  

**Taxpayer ID #:** **-***9854  
**Period Ending:** 05/10/17  

**Trustee:** LAWRENCE G. FRANK (580470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $100,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/16 | {18} | John O. Frymoyer & Son | Proceeds from sale (auction) of 2002 International Rollback | 1129-000 | 13,200.00 | | 13,200.00 |
| 12/13/16 | | Cashier's Check from PNC Bank N.A. | Proceeds from sale of personal property at auction | | 2,755.00 | | 15,955.00 |
| | {19} | | Proceeds from Public Sale of 1986 Ford Tow Truck  750.00 | 1129-000 | | | 15,955.00 |
| | {35} | | Proceeds from Public Sale of all other non-exempt property  2,005.00 | 1129-000 | | | 15,955.00 |
| 12/23/16 | 101 | Jennings Auction Group | Expenses and commission re sale 12/08/16 | | | 3,389.92 | 12,565.08 |
| | | | Auctioneer Commission  1,595.50 | 3610-000 | | | 12,565.08 |
| | | | Auctioneer Expenses  1,694.42 | 3620-000 | | | 12,565.08 |
| | | | Auction Advertising Costs  100.00 | 3620-000 | | | 12,565.08 |
| 12/26/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/26/2016 FOR CASE #1-16-00820, Bond # 016026361    Term: 01/01/2017 to 01/01/2018 | 2300-000 | | 17.97 | 12,547.11 |
| 12/29/16 | 103 | Snap-on Credit, LLC | Lien on Snap-on Diagnostics Unit | 4210-000 | | 826.23 | 11,720.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.95 | 11,709.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.36 | 11,691.57 |
| 04/14/17 | 104 | Lawrence G. Frank | Dividend paid 100.00% on $1,716.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,716.00 | 9,975.57 |
| 04/14/17 | 105 | MICHELL WERNER | Final Distribution Per Court Order Dated April 11, 2017 | 7100-000 | | 4,678.28 | 5,297.29 |
| 04/14/17 | 106 | WELLS FARGO BANK, N.A. | Final Distribution Per Court Order Dated April 11, 2017 | 7100-000 | | 716.56 | 4,580.73 |
| 04/14/17 | 107 | LAWRENCE G. FRANK | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,947.78 | 1,632.95 |
| | | | Dividend paid 100.00%  2,345.50 on $2,345.50;  Claim# ; Filed: $2,345.50 | 2100-000 | | | 1,632.95 |
| | | | Dividend paid 100.00%  602.28 on $602.28;  Claim# ; Filed: $602.28 | 2200-000 | | | 1,632.95 |
| 04/14/17 | 108 | NEXTGEAR CAPITAL, INC. | Combined Check for Claims#3-S-1,3-U1 -1 | | | 1,632.95 | 0.00 |
| | | | Dividend paid 100.00%  1,060.90 | 4210-000 | | | 0.00 |

Subtotals : $15,955.00  $15,955.00

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-16-00820 | | Trustee: | LAWRENCE G. FRANK (580470) |
|---|---|---|---|---|
| Case Name: | FIDLER, STANLEY M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***9854 | | Blanket Bond: | $100,000,000.00 (per case limit) |
| Period Ending: | 05/10/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,060.90; Claim# 3-S-1; Filed: $4,395.98 | | | | |
| | | | Dividend paid 17.15%     572.05 on $3,335.08; Claim# 3-U1 -1; Filed: $0.00 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 15,955.00 | 15,955.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,955.00 | 15,955.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,955.00** | **$15,955.00** | |

| | Net Receipts : | 15,955.00 |
|---|---|---|
| | Net Estate : | $15,955.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7666** | 15,955.00 | 15,955.00 | 0.00 |
| | $15,955.00 | $15,955.00 | $0.00 |

{} Asset reference(s)